IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-3092-WJM-CBS

CANDACE L. COLLINS,

    Plaintiff,

v.

AGENT JEFFREY RUSSELL, in his individual capacity, and
SGT JOEL BELL, in his individual capacity,

    Defendant.

---

**ORDER ADOPTING JUNE 2, 2014 RECOMMENDATION OF MAGISTRATE JUDGE, DISMISSING AMENDED COMPLAINT FOR FAILURE TO PROSECUTE**

---

This matter is before the Court on the June 2, 2014 Recommendation of United States Magistrate Judge Craig B. Shaffer (the "Recommendation") (ECF No. 32) that this civil matter be dismissed for failure to prosecute. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 32 at 5.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991)

("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 32) is ADOPTED in its entirety;

(2) The above-captioned matter is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) based on Plaintiff's failure to prosecute; and

(3) The Clerk shall close the case. Each party shall bear his or her own costs.

Dated this 27th day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge