**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-03092-WJM-CBS

CANDACE L. COLLINS,

    Plaintiff,

v.

AGENT JEFFREY RUSSELL, in his individual capacity, and
SGT JOEL BELL, in his individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Adopting June 2, 2014 Recommendation of Magistrate Judge, Dismissing Amended Complaint for Failure to Prosecute, entered by the Honorable William J. Martínez, United States District Judge, on June 27, 2014,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 32) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) based on Plaintiff's failure to prosecute. Each party shall bear his or her own costs.

Dated at Denver, Colorado this __30th__ day of June 2014.

                                        BY THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: __Deborah A. Hansen__
                                      Deborah A. Hansen, Deputy Clerk